IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOI WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv876-MHT |
| | ) | (WO) |
| RIVER REGION PSYCHIATRY ASSOCIATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

DISMISSAL ORDER AND JUDGMENT

Upon consideration of plaintiff's motion for dismissal pursuant to a confidential settlement agreement (Doc. 11), it is ORDERED and AJUDGED that the motion is granted, and this case is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(2).

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of November, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE